[Eslava v. Jones.]

# Eslava *v.* Jones.

### *Motion to dismiss Appeal.*

1. *When appeal lies.*—A judgment sustaining a demurrer to the complaint, and taxing the plaintiff with the costs of the motion, is not such a final judgment as will support an appeal.

APPEAL from the Circuit Court of Mobile.

The record does not show the name of the presiding judge.

This action was brought by Odyle Eslava against Richard E. Jones, clerk of said Circuit Court, to recover damages on account of his careless, negligent and wrongful act, as alleged, in issuing a writ of *venditioni exponas,* under which certain lands, claimed by the plaintiff as a homestead exemption, were sold. A demurrer was interposed to the complaint, and was sustained by the court, the judgment being in these words: "The demurrers in this case having been argued by counsel, and submitted to the court for decision ; it is considered and adjudged by the court, that the defendant's demurrers to the plaintiff's complaint be, and the same are hereby sustained, and the plaintiff is taxed with the costs of this motion." The appeal was sued out from this judgment, and it was here assigned as error. A motion to dismiss the appeal was submitted by the appellee.

PILLANS, TORREY & HANAW, for the motion.

S. P. GAILLARD, *contra.*

PER CURIAM.—The only judgment found in this record is an order of the court sustaining defendant's demurrer to plaintiff's complaint, and adjudging the costs of the motion against plaintiff. This is not a judgment disposing of the cause. There is no final judgment from which an appeal will lie, and the motion to dismiss the appeal is granted.